SARA ASHLEY MILLER
4853 Cordell Ave #112
BETHESDA, MD, 20814
240-478-2161
Fax Number- N/A email or call
Email: smillercorporate@gmail.com

HSD/ under seal
march 3 priority
OIG proffer #
# 20260303213211680

U.S. District Court
Wisconsin Eastern
APR 10 2026
FILED
Clerk of Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN DOE, Relator, v. BLACK & VEATCH; ACUITY INTERNATIONAL; JANUS HENDERSON GROUP PLC; TRIAN FUND MANAGEMENT, L.P., Defendants. | Case No: [TO BE DETERMINED]<br>Chief Judge Pamela Pepper TBD<br>26-C-616 |

**RELATOR'S NOTICE OF INTENT TO PERFECT ORIGINAL SOURCE STATUS AND REQUEST FOR ADL AND RSA**
**(FILED UNDER SEAL – URGENT: STAY EXPIRES APRIL 10)**

## I. INTRODUCTION

Relator [SARA MILLER] ("Relator"), proceeding *pro se*, hereby gives notice of intent to perfect their status as the **Lead Relator and Original Source** for the **March 31, 2026, Global Settlement Pool**. Pursuant to the mandates of **Executive Order 14372** and the **National Fraud Enforcement Division (NFED)** 2026 Guidelines, Relator moves for the immediate issuance of an **Award Determination Letter (ADL)** and the execution of a **Relator Share Agreement (RSA)** reflecting a **30% Tier 1 High Priority** uncapped reward.

## II. STATEMENT OF PRIORITY AND ORIGINAL SOURCE STATUS

1. Relator is the **Irrefutable Original Source** of the allegations herein. Relator provided the first-in-time disclosure to the Government via a **March 3, 2026, OIG Hotline Proffer (Case ID: 202603032132116805)**, predating the deficient March 10, 2026, filing by Phillips & Cohen by seven (7) calendar days.
2. Relator's independent knowledge provided the sole forensic basis for the **Department of War (DOW)** to identify the **HDTRA118D0003 Ghost CAR methodology** and the **$218M Army GPS siphon**.
3. Relator's disclosures uniquely identified the market manipulation nexus involving the **CONMED (CNMD) strawman board** and the **$150M stock buyback** utilized to fund the medical surge obligations for **Operation Epic Fury**. This forensic detail served as the catalyst for the **March 24 Janus Henderson (JHG) $52.00 price spike**.

## III. DISQUALIFICATION OF DEFICIENT AND PARASITIC CLAIMS

Page 1 after cover

1. Relator asserts that the March 10, 2026, Phillips & Cohen filing is a **parasitic derivative** of Relator's original work. P&C's unauthorized use of Relator's "Independent Knowledge" violates **ABA Model Rule 1.18** and fails the first-to-file requirement.
2. Relator's priority was administratively reconciled in a **Formal Statement of Original Source** submitted to **AAG Colin McDonald** and **DAAG Brenna Jenny** at **1:06 PM on April 1, 2026** (See Exhibit B).

## IV. REQUEST FOR ADL AND RSA FOR BANKING COMPLIANCE

1. Relator moves for the immediate issuance of the ADL to satisfy **Know Your Customer (KYC)** and **Source of Funds (SOF)** requirements for the **Bethesda Wealth Management Group at Morgan Stanley**.
2. Relator's reward must reflect the **Tier 1 30% Uncapped** status as the information provided was the primary catalyst for the **EO 14372** underperformer enforcement actions.

## V. PRAYER FOR RELIEF

Relator respectfully requests that the Court (1) issue the **Award Determination Letter (ADL)** confirming Relator's **30% Tier 1** status; (2) direct the DOJ to execute the **RSA**; and (3) extend the stay against all parasitic claimants permanently.

I, Sara Miller, declare as follows:

1. I am the Relator in the above-captioned matter. I make this declaration based on my personal knowledge and in support of my Notice of Intent to Perfect Original Source Status for the March 31, 2026, Global Settlement Pool.
2. On March 3, 2026, at approximately 9:32 PM, I submitted a formal proffer of "Independent and Material" information to the OIG Hotline (Case ID: 202603032132116805). This proffer disclosed the HDTRA118D0003 Ghost CAR methodology and the associated $218M siphon of Army GPS funds involving Acuity International and Black & Veatch (BVSP). (See Exhibit A).
3. Between December 2025 and February 2026, I contacted the law firm of Phillips & Cohen ("P&C") for the purpose of seeking legal representation. During this period, I disclosed the core facts of the aforementioned fraud to P&C under the protections of a prospective attorney-client relationship pursuant to ABA Model Rule 1.18.
4. On March 10, 2026, P&C filed a derivative qui tam action. I assert that this filing was "parasitic" and utilized the privileged information I provided them, despite my March 3, 2026, priority anchor with the Government.
5. On April 1, 2026, at 1:06 PM, I submitted a "Formal Statement of Original Source: Priority Reconciliation" directly to AAG Colin McDonald and DAAG Brenna Jenny. This submission, titled "Notice of Tier 1 Relator Priority and Disqualification of Parasitic Claims," was delivered electronically and is forensically timestamped as Exhibit B.
6. In said submission, I provided the "Digital DNA" proving that my March 3rd proffer provided the sole forensic basis for the Department of War (DOW) to designate Acuity International as an EO 14372 Underperformer.
7. I further declare that on March 30, 2026, I filed SEC TCR #17748-922-232-865 (See Exhibit C), which provided the Government with the nexus between the $218M contract siphon and the March 24 Janus Henderson (JHG) $52.00 price spike.

page 4 of 19

8. Based on the April 1, 2026, priority reconciliation, I am the sole Tier 1 High Priority Relator entitled to a 30% uncapped reward of the March 31 global settlement pool.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2026. April 9, 2026

Sara Miller, Relator Pro Se