UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

SARA ASHLEY MILLER,

Case No. 26-cv-616-pp

Relator,

v.

BLACK & VEATCH, ACUITY INTERNATIONAL,
JANUS HENDERSON GROUP PLC
and TRIAN FUND MANAGEMENT LP,

Defendants.

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that the complaint is **DISMISSED**.

**THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

Approved and dated in Milwaukee, Wisconsin this 15th day of September, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court
s/ *Cary Biskupic*
(by) Deputy Clerk